**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Juliet &Company, Inc** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3487907** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1437 Harmony Court** <br> **Itasca, IL 60143** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** <br> County | **Location of principal assets, if different from principal place of business** <br> **Lot 400 E Devon Ave Elk Grove Village, IL 60007** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Juliet &Company, Inc**                              Case number (*if known*) _____
     Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    **Juliet &Company, Inc**                                      Case number (*if known*) _____
Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district?***    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Juliet &Company, Inc**                                          Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Juliet &Company, Inc**                                           Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 21, 2023** _____
MM / DD / YYYY

**X** **/s/ Aleksandar Vukajlovic** _____        **Aleksandar Vukajlovic** _____
Signature of authorized representative of debtor              Printed name

Title     **President** _____

---

**18. Signature of attorney**

**X** **/s/ James A.Young** _____        Date   **August 21, 2023** _____
Signature of attorney for debtor                              MM / DD / YYYY

**James A.Young**
Printed name

**James Young Law**
Firm name

**85 Market Street**
**Elgin, IL 60123**
Number, Street, City, State & ZIP Code

Contact phone   **847-608-9526** _____     Email address   **jyoung@jamesyounglaw.com** _____

**6217342 IL** _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Juliet &Company, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**     X **/s/ Aleksandar Vukajlovic**
                                               Signature of individual signing on behalf of debtor

                                               **Aleksandar Vukajlovic**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Juliet &Company, Inc**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.............................................................................................   $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................................   $         **2,214,258.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................   $         **2,214,258.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $         **3,923,911.48**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$         **476,377.97**

4.   **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b

| $ | **4,400,289.45** |
| --- | --- |

    **Summary of Assets and Liabilities for Non-Individuals**     

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Juliet &Company, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 2723 | $0.00 |
| 3.2. | **Chase** | **Checking** | 6590 | $1,383.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $1,383.00

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **Juliet &Company, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 International LT625 Vin 3HSDZAPR5PN768597** | | | |
| value thru Commercial Truck Trader | $0.00 | | $135,000.00 |
| 47.2.  **2023 VOLVO VNL860 VIN. 4V4NC9EHXPN293388 UNIT 388** | | | |
| Commerical Truck Trader FMV | $0.00 | N/A | $164,995.00 |
| 47.3.  **2020 PETERBILT 579 VIN. 1XPBDP9X1LD639716 UNIT 9716 w/ Trailers** | | | |
| Commerical Truck Trader FMV | $0.00 | | $127,000.00 |

| Debtor | **Juliet &Company, Inc** | | Case number *(If known)* | |
| | Name | | | |

| 47.4. | **2023 VOLVO VNL8602 VIN. 4V4NC9EHOPN295229 UNIT 229** | $0.00 | | $164,995.00 |
| 47.5. | **2023 VOLVO VNL860 VIN. 4V4NC9EH1PN293389 UNIT 389** | | | |
| | **Commerical Truck Trader FMV** | $0.00 | | $164,995.00 |
| 47.6. | **2023 VOLVO VNL860 VIN. 4V4NC9EH9PN301013 UNIT 13** | $0.00 | | $142,500.00 |
| 47.7. | **2023 VOLVO VNL860 4V4NC9EJ5PN620668 UNIT 0668** | | | |
| | **Commerical Truck Trader FMV** | $0.00 | | $129,900.00 |
| 47.8. | **2023 VOLVO VNL860 VIN. 4V4NC9EJ3PN620667 UNIT 0667** | $0.00 | | $129,750.00 |
| 47.9. | **2022 FREIGHTLINER CASCADIA 125 VIN. 3AKJHHDR1NSNC6379 UNIT 379** | $0.00 | | $112,000.00 |
| 47.10. | **2022 INTERNATIONAL LT625 VIN. 3HSDZAPR2KN700007 UNIT 007** | $0.00 | | $0.00 |
| 47.11. | **2019 MERCEDES-BENZ SPRINTER2500 W1Y4EDHYOKTO16880 UNIT 6880** | $0.00 | | $31,250.00 |
| 47.12. | **2019 MERCEDES-BENZ SPRINTER 2500 VIN. W1Y4EDHY4KTO16851 UNIT 6851** | $0.00 | | $32,000.00 |
| 47.13. | **2021 MERCEDS-BENZ SPRINTER 2500 VIN W1Y4EDHY5MT074177 UNIT 4177** | $0.00 | | $32,000.00 |
| 47.14. | **2022 Kubota Truck Serial Number SSv75** | $0.00 | | $51,831.00 |
| 47.15. | **2021 Mercedes Sprinter Serial No. 744493 Model M2CAE6** | $0.00 | | $47,900.00 |
| 47.16. | **5 2022 Atro Dry Van Trailer, serial Number 1468, 1469, 1470, 1471, and 1472** | $0.00 | | $195,000.00 |
| 47.17. | **3 2022 Atro Dry Van Trailers serial numbers 1462, 1463, 1464** | $0.00 | | $117,000.00 |
| 47.18. | **4 Van Guard Trailers Serial Number 8764, 8765, 8766, 8769** | $0.00 | | $220,000.00 |

Debtor    **Juliet &Company, Inc**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.19. | **2 2015 Hyundi Dry Van Trailers Serial No. 2002 & 9023** | **$0.00** | | **$47,800.00** |
| 47.20. | **2 2022 Atro Dry Van Trailers Serial No 1465 & 1466** | **$0.00** | | **$78,000.00** |
| 47.21. | **2019 Audi Q8** | **$0.00** | | **$43,893.00** |
| 47.22. | **2019 BMW X7** | **$0.00** | | **$45,066.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

       | $2,212,875.00 |
       |---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Juliet &Company, Inc**                                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,383.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,212,875.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,214,258.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,214,258.00 |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Debtor name    **Juliet &Company, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Acentium Capital**<br>Creditor's Name<br><br>**23970 Hwy 59 N**<br>**Kingwood, TX 77339**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2022 Kubota Truck Serial Number SSv75**<br><br>Describe the lien<br>**Commercial Truck Loan**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$46,691.00** | **$51,831.00** |
| **Date debt was incurred**<br>**22**<br>**Last 4 digits of account number**<br>**3058** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

|  | | | |
|---|---|---|---|
| **2.2**  **Arrvest Bank**<br>Creditor's Name<br><br>**POBox 799**<br>**Lowell, AR 72745**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**5 2022 Atro Dry Van Trailer, serial Number 1468, 1469, 1470, 1471, and 1472**<br><br>Describe the lien<br>**Commerical Loan**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | **$333,404.56** | **$195,000.00** |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**22**<br>**Last 4 digits of account number**<br>**xxxxxxxxxxxx** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Debtor   **Juliet &Company, Inc**
_____   Case number (if known) _____
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Arvest Bank** | Describe debtor's property that is subject to a lien | $333,404.00 | $127,000.00 |

Creditor's Name

**2020 PETERBILT 579 VIN.
1XPBDP9X1LD639716 UNIT 9716 w/ 4
Trailers**

**POBox 799
Lowell, AR 72745**

**Commerical Truck Trader FMV**

Creditor's mailing address

**Describe the lien
Commieral Truck Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
22
Last 4 digits of account number
xxxxxxxxxxx**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Arvest Bank** | Describe debtor's property that is subject to a lien | $333,404.00 | $39,000.00 |

Creditor's Name

**POBox 799
Lowell, AR 72745**

**2022 Atro Dry van Trailer 1468, 1469, 1470,
1471, 1472**

Creditor's mailing address

**Describe the lien
Commerical Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
22
Last 4 digits of account number
xxxxxxxxxxx**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Auxilior Capital Partners** | Describe debtor's property that is subject to a lien | $194,702.59 | $164,995.00 |

Creditor's Name

**620 West Germantown Pike
Ste 450
Plymouth Meeting, PA
19462**

**2023 VOLVO VNL860 VIN.
4V4NC9EH1PN293389 UNIT 389**

**Commerical Truck Trader FMV**

---

Debtor    **Juliet &Company, Inc**
_____    Case number (if known) _____
Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Commercial Truck Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**22**

Last 4 digits of account number

**2610**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Auxilor** | | Describe debtor's property that is subject to a lien | $127,671.00 | $78,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**620 German Pike
Ste 450
Plymouth Meeting, PA
19462**

Creditor's mailing address

**2 2022 Atro Dry Van Trailers Serial No 1465 & 1466**

Describe the lien

**Commerical Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**22**

Last 4 digits of account number

**xxxxxxxxxxx**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Bank of America** | | Describe debtor's property that is subject to a lien | $59,126.00 | $43,893.00 |
|---|---|---|---|---|---|

Creditor's Name

**POBox 982238
El Paso, TX 79998**

Creditor's mailing address

**2019 Audi Q8**

Describe the lien

**Commerical Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

**19**

Last 4 digits of account number

**xxxxxxxxxxxx**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Debtor   **Juliet &Company, Inc**
_____
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Bank of America** |
|---|---|

Creditor's Name

**POBox 982238
El Paso, TX 79998**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   **$75,422.00**   **$45,066.00**
**2019 BMW X7**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **BMO Harris** |
|---|---|

Creditor's Name

**POBox 71951
Chicago, IL 60694**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**21**

**Last 4 digits of account number**
**9273**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**   **$153,992.00**   **$112,000.00**
**2022 FREIGHTLINER CASCADIA 125 VIN. 3AKJHHDR1NSNC6379 UNIT 379**

**Describe the lien**
**Commercial Truck Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **BMO Harris** |
|---|---|

Creditor's Name

**POBox 71951
Chicago, IL 60694**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**   **$151,094.00**   **$32,000.00**
**2021 MERCEDS-BENZ SPRINTER 2500 VIN W1Y4EDHY5MT074177 UNIT 4177**

**Describe the lien**
**Commercial Truck Loan**

**Is the creditor an insider or related party?**
☑ No

---

Debtor    **Juliet &Company, Inc**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **21** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **5467** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **BMO Harris** | **Describe debtor's property that is subject to a lien** | $48,321.00 | $47,900.00 |
|---|---|---|---|---|

Creditor's Name

**POBox 71951
Chicago, IL 60694**

**2021 Mercedes Sprinter Serial No. 744493 Model M2CAE6**

Creditor's mailing address

**Describe the lien**

**Commercial Truck Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**21**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**xxxxxxxxx**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **DLL Finance/De Lage Fin Services** | **Describe debtor's property that is subject to a lien** | $185,519.00 | $117,000.00 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle Rd
Wayne, PA 19087**

**3 2022 Atro Dry Van Trailers serial numbers 1462, 1463, 1464**

Creditor's mailing address

**Describe the lien**

**Commerical Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

**22**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**xxxxxxxxxxxx**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

Debtor    **Juliet &Company, Inc**                                    Case number (if known)  _____
          _____
          Name

| 2.1 3 | **Firestone Financial** | Describe debtor's property that is subject to a lien | $226,175.00 | $164,995.00 |

Creditor's Name

**117 Kendrick Street
Ste 200
Needham Heights, MA
02494**
Creditor's mailing address

**2023 VOLVO VNL860 VIN.
4V4NC9EHXPN293388 UNIT 388**

**Commerical Truck Trader FMV**
_____

_____
Creditor's email address, if known

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**22**
**Last 4 digits of account number**
**xxxxxxxxxx**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Fountain Euipment Fin** | Describe debtor's property that is subject to a lien | $210,000.00 | $142,500.00 |

Creditor's Name
**8831 E Walker Springs
Lane
Ste 203
Knoxville, TN 37923**
Creditor's mailing address

**2023 VOLVO VNL860 VIN.
4V4NC9EH9PN301013 UNIT 13**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

_____
Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**22**
**Last 4 digits of account number**
**xxxxxxxxxx**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 5 | **Home Trust Bank** | Describe debtor's property that is subject to a lien | $207,000.00 | $220,000.00 |

Creditor's Name
**POBox 2211
Cornelius, NC 28031**
Creditor's mailing address

**4 Van Guard Trailers Serial Number 8764,
8765, 8766, 8769**

Describe the lien
**Commerical Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Debtor    **Juliet &Company, Inc**
_____    Case number (if known) _____
Name

**Date debt was incurred**    Is anyone else liable on this claim?

**21**    ☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**xxxxxxxxxxxx**

**Do multiple creditors have an**    As of the petition filing date, the claim is:
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

| 2.1 6 | **Lease Corp. DLL** | Describe debtor's property that is subject to a lien | $185,519.00 | $135,000.00 |

Creditor's Name

**2023 International LT625 Vin**
**3HSDZAPR5PN768597**

**POBox 14535**
**Des Moines, IA 50306**    **value thru Commercial Truck Trader**

Creditor's mailing address

**Describe the lien**

**Commercial Truck Loan**

Is the creditor an insider or related party?

Creditor's email address, if known    ■ No
☐ Yes

**Date debt was incurred**    Is anyone else liable on this claim?

**22**    ■ No

**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**xxxxxxxxxxxx**

**Do multiple creditors have an**    As of the petition filing date, the claim is:
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

| 2.1 7 | **M2 Equipment Finance LLC** | Describe debtor's property that is subject to a lien | $193,987.33 | $164,995.00 |

Creditor's Name

**175 N Patrick Blvd**    **2023 VOLVO VNL8602 VIN.**
**Ste 140**    **4V4NC9EHOPN295229 UNIT 229**
**Brookfield, WI 53045**

Creditor's mailing address

**Describe the lien**

**Commerical Truck Loan**

Is the creditor an insider or related party?

Creditor's email address, if known    ■ No
☐ Yes

**Date debt was incurred**    Is anyone else liable on this claim?

**22**    ☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**0779**

**Do multiple creditors have an**    As of the petition filing date, the claim is:
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative priority.

---

Debtor    **Juliet &Company, Inc**                                   Case number (if known) _____
　　　　　Name

---

| 2.18 | **Simmons Bank** | **Describe debtor's property that is subject to a lien** | **$65,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**601 E 3rd St**
**7th Floor**
**Little Rock, AR 72201**

Creditor's mailing address

**2015 HYUNDAI DRY VAN 3H3532C1FT239023 UNIT 9023**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**20**

**Last 4 digits of account number**

**XXXXXXXXXXXX**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Simmons Bank** | **Describe debtor's property that is subject to a lien** | **$65,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**601 E 3rd St**
**7th Floor**
**Little Rock, AR 72201**

Creditor's mailing address

**2015 HYUNDAI DRY VAN VIN. 3H3V532C3FT182002 UNIT DM2002**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2020**

**Last 4 digits of account number**

**XXXXXXXXXXXX**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Simmopns bank** | **Describe debtor's property that is subject to a lien** | **$44,949.00** | **$47,800.00** |
|---|---|---|---|---|

Creditor's Name

**POBox 7009**
**Pine Bluff, AR 71611**

Creditor's mailing address

**2 2015 Hyundi Dry Van Trailers Serial No. 2002 & 9023**

**Describe the lien**

**Commerical Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

Creditor's email address, if known

**Date debt was incurred**

---

Debtor **Juliet &Company, Inc**
Name

Case number (*if known*) _____

| | |
|---|---|
| **21** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **xxxxxxxx** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **Transportation Alliance Bank** | Describe debtor's property that is subject to a lien | $341,765.00 | $129,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 VOLVO VNL860 4V4NC9EJ5PN620668 UNIT 0668** | | |
| | **4185 Harrison Blvd Ogden, UT 84403** | **Commerical Truck Trader FMV** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **Commerical Truck Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | **1/23** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1082** | | | |

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Transportation Alliance Bank** | Describe debtor's property that is subject to a lien | $341,765.00 | $129,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 VOLVO VNL860 VIN. 4V4NC9EJ3PN620667 UNIT 0667** | | |
| | **4185 Harrison Blvd Ogden, UT 84403** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Commcial Truck Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☑ No | | |
| | **1/23** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **1082** | | | |

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:** Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,923,911.4**

Debtor  **Juliet &Company, Inc**                                    Case number *(if known)* _____
        Name

|  | **8** |
|---|---|

| Part 2: | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America**<br>**4909 Savarse Cir**<br>**Tampa, FL 33634** | Line **2.7** | |
| **Bank of America**<br>**POBox 982238**<br>**El Paso, TX 79980** | Line **2.7** | |
| **Bank of America**<br>**POBox 650070**<br>**Dallas, TX 75265-0070** | Line **2.7** | |
| **Bank of America**<br>**4060 Ogletown Stantaon Rd**<br>**Newark, DE 19713** | Line **2.7** | |
| **Bank of America**<br>**POB45144**<br>**Jacksonville, FL 32231** | Line **2.7** | |
| **Bank of America**<br>**POBox 982238**<br>**El Paso, TX 79980** | Line **2.8** | |
| **Bank of America**<br>**4909 Savarse Cir**<br>**Tampa, FL 33634** | Line **2.8** | |
| **Bank of America**<br>**POBox 5170**<br>**Simi Valley, CA 93062** | Line **2.8** | |
| **Bank of America**<br>**POBox 650070**<br>**Dallas, TX 75265-0070** | Line **2.8** | |
| **Bank of America**<br>**POBox 851001**<br>**Dallas, TX 75285** | Line **2.8** | |
| **Bank of America**<br>**POB45144**<br>**Jacksonville, FL 32231** | Line **2.8** | |

**Fill in this information to identify the case:**

Debtor name   **Juliet &Company, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**American Express**<br>**POBox 6031**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **22**<br>Last 4 digits of account number  **1002** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Buiness Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,071.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**American Express**<br>**POBox 6031**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **4-51006**<br>Last 4 digits of account number  **17** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Buiness Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,198.00** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**POB45224**<br>**Jacksonville, FL 32231**<br><br>Date(s) debt was incurred  **19**<br>Last 4 digits of account number  **6978** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Buiness Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$59,146.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Capital One**<br>**POBox4069**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred  **21**<br>Last 4 digits of account number  **7688** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Buiness Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,064.00** |

| Debtor | Juliet &Company, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,787.00 |
|---|---|---|---|

**Capital One**
**POBox 4069**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **16**

Basis for the claim:  **Buiness Credit Card**

Last 4 digits of account number  **8455**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,425.00 |
|---|---|---|---|

**PNC Credit Card**
**POBox 71335**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **19**

Basis for the claim:  **Buiness Credit Card**

Last 4 digits of account number  **4793**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,193.97 |
|---|---|---|---|

**Schaumburg Bank & Trust**
**1180 E Higgens Rd**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **22**

Basis for the claim:  **Revloving Line Credit**

Last 4 digits of account number  **XXXXXXXXXX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,493.00 |
|---|---|---|---|

**Wells Fargo Business Card**
**POBox 77033**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **20**

Basis for the claim:  **Buiness Credit Card**

Last 4 digits of account number  **5611**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jeffrey Burns**<br>**134 N LaSalle St**<br>**Ste 1050**<br>**Chicago, IL 60602** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $    0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $    476,377.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $    476,377.97 |

**Fill in this information to identify the case:**

Debtor name    **Juliet &Company, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lot to Park vehicles in Itasca** | |
| | State the term remaining | **Month to Month** | **Insomnia 888 Corp** |
| | List the contract number of any government contract | _____ | **1437 Harmony Court** <br> **Itasca, IL 60143** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Vacant Lot Vehicle Parking Elk Grove Village** | |
| | State the term remaining | **Month to Month** | **Insomnia 888 Corp** |
| | List the contract number of any government contract | _____ | **1437 Harmony Court** <br> **Itasca, IL 60143** |

**Fill in this information to identify the case:**

Debtor name    **Juliet &Company, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Simmons Bank** | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Simmons Bank** | ■ D __2.19__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Firestone Financial** | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Transportation Alliance Bank** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Arvest Bank** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Juliet &Company, Inc** | Case number *(if known)* |
|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | M2 Equipment Finance LLC | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | Auxilior Capital Partners | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | BMO Harris | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | BMO Harris | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | Acentium Capital | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | BMO Harris | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | Bank of America | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.13 | Aleksandar Vukajlovic | 506 Bristol Lane Elk Grove Village, IL 60007 | Bank of America | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

Debtor   **Juliet &Company, Inc** _____   Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.14 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Arrvest Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|

| 2.15 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **DLL Finance/De Lage Fin Services** | ■ D __2.12__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|

| 2.16 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Home Trust Bank** | ■ D __2.15__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|

| 2.17 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Simmopns bank** | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|

| 2.18 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Auxilor** | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|

| 2.19 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Schaumburg Bank & Trust** | ☐ D ____ ■ E/F __3.7__ ☐ G ____ |
|---|---|---|---|---|

| 2.20 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **PNC Credit Card** | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
|---|---|---|---|---|

| 2.21 | **Aleksandar Vukajlovic** | **506 Bristol Lane Elk Grove Village, IL 60007** | **Capital One** | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |
|---|---|---|---|---|

Debtor    **Juliet &Company, Inc**          Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Aleksandar Vukajlovic** <br> **506 Bristol Lane** <br> **Elk Grove Village, IL 60007** | **American Express** | ☐ D _____ <br> ■ E/F   **3.1** <br> ☐ G _____ |
| 2.23 | **Aleksandar Vukajlovic** <br> **506 Bristol Lane** <br> **Elk Grove Village, IL 60007** | **American Express** | ☐ D _____ <br> ■ E/F   **3.2** <br> ☐ G _____ |
| 2.24 | **Aleksandar Vukajlovic** <br> **506 Bristol lane** <br> **Elk Grove Village, IL 60007** | **Capital One** | ☐ D _____ <br> ■ E/F   **3.5** <br> ☐ G _____ |
| 2.25 | **Aleksandar Vukajlovice** <br> **506 Bristol Lane** <br> **Elk Grove Village, IL 60007** | **Fountain Euipment Fin** | ■ D   **2.14** <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Juliet &Company, Inc**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,165,181.30** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$4,602,269.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$2,223,145.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    Juliet &Company, Inc                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Home Trust Bank** **POBox 2211** **Cornelius, NC 28031** | 3/31/23 | $10,930.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **M2 Equipment Finance LLC** **175 N Patrick Blvd** **Ste 140** **Brookfield, WI 53045** | 6/8/23 | $4,668.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Auxilior Capital Partners** **620 West Germantown Pike** **Ste 450** **Plymouth Meeting, PA 19462** | 5/22/23 | $6,000.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor  **Juliet &Company, Inc**                      Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Schaumburg Bank & Trust Company v Juliet & Co. and Aleksandar Vukajlovic 2023 LM 4890** | **Breach Contract** | **3rd Muncipal District Cook County 2121 Euclid Ave Rolling Meadows, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **James Young Law 85 Market Street Elgin, IL 60123** | | **6/23** | **$4,000.00** |
| **Email or website address jyoung@jamesyounglaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Juliet &Company, Inc**_____    Case number *(if known)*_____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

Debtor    Juliet &Company, Inc _____    Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    __Juliet &Company, Inc_____     Case number *(if known)* _____

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Srejovic Accounting Services**<br>**7340 S River Rd**<br>**Des Plaines, IL 60018** | **2015-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor   **Juliet &Company, Inc** _____   Case number *(if known)* _____

---

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Aleksandar Vukajlovic** | **506 Bristol Lane**<br>**Elk Grove Village, IL 60007** | **President** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Aleksandar Vukajlovic**<br>**506 Bristol Lane**<br>**Elk Grove Village, IL 60007** | **88,000 draw** | **8/22 thru 7/23** | **Living Expenses** |
| | **Relationship to debtor**<br>**Owner** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Juliet &Company, Inc**

Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2023**

**/s/ Aleksandar Vukajlovic**                                              **Aleksandar Vukajlovic**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Juliet &Company, Inc** _____

Debtor(s)   Case No. _____

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................   $   **4,000.00**

    Prior to the filing of this statement I have received ........................................   $   **4,000.00**

    Balance Due ...........................................................................   $   **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 21, 2023** _____
*Date*

/s/ James A.Young _____
**James A.Young**
*Signature of Attorney*
**James Young Law**
**85 Market Street**
**Elgin, IL 60123**
**847-608-9526  Fax: 847-841-3672**
**jyoung@jamesyounglaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Juliet &Company, Inc**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                              **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **August 21, 2023**

**/s/ Aleksandar Vukajlovic**

**Aleksandar Vukajlovic**/**President**
Signer/Title

Acentium Capital
23970 Hwy 59 N
Kingwood, TX 77339


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007

Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol Lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovic
506 Bristol lane
Elk Grove Village, IL 60007


Aleksandar Vukajlovice
506 Bristol Lane
Elk Grove Village, IL 60007


American Express
POBox 6031
Carol Stream, IL 60197


American Express
POBox 6031
Carol Stream, IL 60197


Arrvest Bank
POBox 799
Lowell, AR 72745


Arvest Bank
POBox 799
Lowell, AR 72745


Arvest Bank
POBox 799
Lowell, AR 72745


Auxilior Capital Partners
620 West Germantown Pike
Ste 450
Plymouth Meeting, PA 19462


Auxilor
620 German Pike
Ste 450
Plymouth Meeting, PA 19462

Bank of America
POBox 982238
El Paso, TX 79998

Bank of America
POBox 982238
El Paso, TX 79998

Bank of America
POB45224
Jacksonville, FL 32231

Bank of America
4909 Savarse Cir
Tampa, FL 33634

Bank of America
POBox 982238
El Paso, TX 79980

Bank of America
POB45144
Jacksonville, FL 32231

Bank of America
POBox 650070
Dallas, TX 75265-0070

Bank of America
4060 Ogletown Stantaon Rd
Newark, DE 19713

Bank of America
4909 Savarse Cir
Tampa, FL 33634

Bank of America
POBox 982238
El Paso, TX 79980

Bank of America
POBox 851001
Dallas, TX 75285

Bank of America
POB45144
Jacksonville, FL 32231


Bank of America
POBox 5170
Simi Valley, CA 93062


Bank of America
POBox 650070
Dallas, TX 75265-0070


BMO Harris
POBox 71951
Chicago, IL 60694


BMO Harris
POBox 71951
Chicago, IL 60694


BMO Harris
POBox 71951
Chicago, IL 60694


Capital One
POBox4069
Carol Stream, IL 60197


Capital One
POBox 4069
Carol Stream, IL 60197


DLL Finance/De Lage Fin Services
1111 Old Eagle Rd
Wayne, PA 19087


Firestone Financial
117 Kendrick Street
Ste 200
Needham Heights, MA 02494


Fountain Euipment Fin
8831 E Walker Springs Lane
Ste 203
Knoxville, TN 37923

Home Trust Bank
POBox 2211
Cornelius, NC 28031


Insomnia 888 Corp
1437 Harmony Court
Itasca, IL 60143


Insomnia 888 Corp
1437 Harmony Court
Itasca, IL 60143


Jeffrey Burns
134 N LaSalle St
Ste 1050
Chicago, IL 60602


Lease Corp. DLL
POBox 14535
Des Moines, IA 50306


M2 Equipment Finance LLC
175 N Patrick Blvd
Ste 140
Brookfield, WI 53045


PNC Credit Card
POBox 71335
Philadelphia, PA 19176


Schaumburg Bank & Trust
1180 E Higgens Rd
Schaumburg, IL 60173


Simmons Bank
601 E 3rd St
7th Floor
Little Rock, AR 72201


Simmons Bank
601 E 3rd St
7th Floor
Little Rock, AR 72201

```
Simmopns bank
POBox 7009
Pine Bluff, AR 71611


Transportation Alliance Bank
4185 Harrison Blvd
Ogden, UT 84403


Transportation Alliance Bank
4185 Harrison Blvd
Ogden, UT 84403


Wells Fargo Business Card
POBox 77033
Minneapolis, MN 55480
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Juliet &Company, Inc**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Juliet &Company, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 21, 2023**

Date

**/s/ James A.Young**

**James A.Young**

Signature of Attorney or Litigant

Counsel for   **Juliet &Company, Inc**

**James Young Law**
**85 Market Street**
**Elgin, IL 60123**
**847-608-9526 Fax:847-841-3672**
**jyoung@jamesyounglaw.com**